

Bankruptcy Dept.
53 Gibson Street
Bay Shore, NY 11706
Tel: (631) 969-3100
Fax: (631) 982-1459

February 17, 2023

Honorable Elizabeth S. Stong
U.S. Bankruptcy Court
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East
Brooklyn, New York 11201-1800

Re: Debtors: Shamaine Diana Henry
Case No.: 20-40712-ESS

Dear Elizabeth S. Stong:

Our office represents Cenlar FSB as servicer for CitiMortgage, Inc. with regard to the motion for relief from stay filed on December 2, 2022 (ECF No. 43).

This letter shall serve to advise the court that the parties would like to settle the motion via a proposed conditional order, which will be uploaded to the court for review and approval.

Kindly mark this matter settled for the hearing scheduled for February 21, 2023.

Thank you for your courtesies. Please feel free to contact our office if you have any questions.

Sincerely,

**FRENKEL LAMBERT WEISS
WEISMAN & GORDON, LLP**


By: _S/Karen Sheehan_
Karen Sheehan, Esq.

Cc: Isaac Myers, III, Esq.

One Whitehall Street, 20th Fl. • New York, NY 10004 • Tel: (212) 344-3100
80 Main Street, Suite 460 • West Orange, NJ 07052 • Tel: (973) 325-8800
One East Broward Blvd. Suite 1430 • Ft. Lauderdale, FL 33301 • Tel: (954) 522-3233
WWW.FLWLAW.COM